United States District Court
Southern District of Texas
**ENTERED**
November 07, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LYNA ROBEY, | § | |
| | § | |
| *Plaintiff,* | § | CIVIL ACTION NO. 4:16-CV-2732 |
| v. | § | |
| STELLAR RECOVERY, INC., | § | |
| | § | |
| *Defendant.* | § | |

## ORDER

On November 7, 2016, Plaintiff Lynn Robey notified the Court that the Parties have settled. [Doc. # 9.]

Accordingly, the Court hereby **ORDERS** that the Initial Pretrial Conference, presently scheduled for Monday, November 14, 2016, is **CANCELLED**.

The Court further **ORDERS** that the Parties shall file an Agreed Motion to Enter Judgment, with a copy of the Final Judgment, by no later than **December 9, 2016**.

Dated: November 7, 2016

_____
**DENA HANOVICE PALERMO**
**UNITED STATES MAGISTRATE JUDGE**