UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Lyna Robey, | § | Case No. 4:16-cv-02732 |
| | § | |
| Plaintiff, | § | Honorable Dena Hanovice Palermo |
| | § | |
| v. | § | |
| | § | **NOTICE OF DISMISSAL** |
| Stellar Recovery, Inc., | § | **WITH PREJUDICE** |
| | § | |
| Defendant. | § | |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice. Defendant tendered payment pursuant to its Offer of Judgment. This notice is being filed before Defendant has filed an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Date:  January 23, 2017

By:  s/ Jeffrey S. Hyslip
Jeffrey S. Hyslip, Esq.
Ohio Bar No. 0079315
SD TX Bar No. 2016536
HYSLIP & TAYLOR, LLC, LPA
1100 W. Cermak Rd., Suite B410
Chicago, IL  60608
Telephone:  312-380-6110
Fax: 312-361-3509
Email: jeffrey@lifetimedebtsolutions.com
*Attorney for Plaintiff*

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2017, I electronically filed the foregoing Notice.

Service of this filing will be made by the Plaintiff's Counsel upon the following:

Alison N. Emery
Assurance Law Group
3731 Hendricks Avenue
Jacksonville, FL 32207
alison@assurancelawgroup.com

*Attorney for Defendant*

/s/ Jeffrey S. Hyslip

2